IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Southwest Spas & Pools LLC, et al.,<br><br>　　　　　Defendants. | No. CV-25-01195-PHX-SPL<br><br>**ORDER** |

　　　Having reviewed the Notice of Voluntary Dismissal (Doc. 18),

　　　**IT IS ORDERED** that this matter is **dismissed without prejudice** in its entirety.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action accordingly.

　　　Dated this 14th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge